David J. McGlothlin, Esq. (SBN: 026059)
david@westcoastlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:   (602) 265-3332
Facsimile:    (602) 230-4482

Attorneys for Plaintiff
Christopher Gomes

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Gomes<br><br>                    Plaintiff,<br>v.<br><br>Interstate Lending LLC,<br><br>                    Defendants. | **Case No: 2:14-cv-00554-NVW**<br><br>**Notice of Voluntary Dismissal With Prejudice** |

Pursuant to F.R.C.P. 41(a), Plaintiff hereby dismisses this case with prejudice.

Respectfully submitted,

                                **Hyde & Swigart**

Date: June 17, 2014                By: _/s/ David J. McGlothlin_
                                David J. McGlothlin
                                Attorneys for Plaintiff